IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRCIT OF COLUMBIA

| | |
|---|---|
| JOSE LUIS ORMENO, ) | |
| ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | |
| ) | Civil Case No. 1:13-CV-01375-CKK |
| 3624 GEORGIA AVENUE, INC. ) | |
| et al. ) | |
| ) | |
| ) | |
| DEFENDANTS. | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties to this action by and through their respective counsel hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, with each party to bear its own attorney's fees and costs.

Date: 7/13/15

_____
Deyka Williams Spencer
The Spencer Firm, LLC.
Bar Number: 979180
200-A Monroe Street, Suite 305
Rockville, MD 20850
301-637-2866/Fax: 866-686-2126
dspencer@spencer-firm.com
*Counsel for Plaintiff*

_____
Richard Lawlor
Richard W. Lawlor, P.A.
Circuit Court Bar Number 966895
1688 East Gude Dr., Suite 102
Rockville, MD 20850
301-340-2400/Fax: 301-340-1557
Lawlorlaw@aol.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the  3rd  day of  August , 2015, a true and correct copy of the above and foregoing JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE was filed with the Clerk of Court using the DCD/ECF system, which will send notification to the registered participants as identified on the Notice of Electronic Filing.

_____
Deyka Williams Spencer